```
           IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF TEXAS
                  CORPUS CHRISTI DIVISION
```

|  |  |
|---|---|
| CITY OF DRISCOLL, TEXAS § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action |
| § | No. C-06-543 |
| RACHEL SAENZ; ROY GONZALEZ; § | |
| ROLANDO PADILLA; ISRAEL ESPARZA; § | |
| AND ANDRES MARTINEZ, § | |
| § | |
| Defendants. § | |

## ORDER

On this day the Court held an initial pretrial and scheduling conference in the above-styled action. At that conference, Plaintiff's counsel informed the Court that Plaintiff has produced documents to the Defendants that contain various City of Driscoll bank account numbers. At the conference, the parties agreed to the following regarding the City of Driscoll bank account numbers: (1) the Defendants to this litigation will not disclose any information regarding City of Driscoll bank account numbers to any other persons or entities; and (2) in the event any documents containing City of Driscoll bank account numbers are used in this litigation, the Defendants shall redact all references to those account

numbers.[1]

    SIGNED and ENTERED this 22nd day of January, 2007.

                                                              *Janis Graham Jack*
                                                Janis Graham Jack
                                      United States District Judge

---

[1]This includes, but is not limited to, the filing of briefs or motions before this Court, where documents including City of Driscoll bank account numbers are attached to Court filings as Exhibits.