**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| CITY OF DRISCOLL, TEXAS | § | |
| | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Civil Action |
| | § | No. C-06-543 |
| RACHEL SAENZ; ROY GONZALEZ; | § | |
| ROLANDO PADILLA; ISRAEL ESPARZA; | § | |
| AND ANDRES MARTINEZ, | § | |
| | § | |
|     Defendants. | § | |

## ORDER

The Court has been presented with Plaintiff's "Joint Motion for Extension of Deadline for Joinder of Parties" (D.E. 50), and the Court finds that said Motion should be Granted.  IT IS, THEREFORE, ORDERED that the Joint Motion for Extension of Deadline for Joinder of Parties (D.E. 50) is GRANTED.

IT IS FURTHER ORDERED that the deadline for joinder of parties in this case should be extended to April 30, 2007.

SIGNED and ENTERED this 29th day of March, 2007.

_____

Janis Graham Jack
United States District Judge