IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CITY OF DRISCOLL, TEXAS | § | |
| | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Civil Action |
| | § | No. C-06-543 |
| RACHEL SAENZ; ROY GONZALEZ; | § | |
| ROLANDO PADILLA; ISRAEL ESPARZA; | § | |
| AND ANDRES MARTINEZ, | § | |
| | § | |
|     Defendants. | § | |

## STRIKE ORDER

The Court hereby STRIKES the following documents filed in the above-styled action by the Plaintiff City of Driscoll, Texas: (1) "Plaintiff's Unopposed Motion for Leave to File Plaintiff's Second Amended Original Complaint" (D.E. 60); and (2) "Plaintiff's Unopposed Motion to Strike Plaintiff's Unopposed Motion for Leave to File Second Amended Original Complaint" (D.E. 61). The clerk is hereby ORDERED to strike the above-listed instruments from the record and to notify counsel of such action.

SIGNED and ENTERED this 24th day of May, 2007.

_____
Janis Graham Jack
United States District Judge