IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| CITY OF DRISCOLL, TEXAS § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action |
| § | No. C-06-543 |
| RACHEL SAENZ, et al., § | |
| § | |
| Defendants. § | |

**ORDER**

On this day came on to be considered the parties' motion to dismiss the above-styled action (D.E. 71). Specifically, the remaining parties in the case have filed a "Parties' Stipulation of Dismissal of Claims Against All Remaining Defendants", stating that "Plaintiff moves to dismiss this suit against all remaining Defendants".[1] (Id., ¶ 3). The stipulation also indicates that "[it] is understood by the parties that the dismissal of all the remaining Defendants leaves nothing for this Court to decide in the matter and the case will be dismissed with prejudice." (Id.). The Court hereby GRANTS the parties' motion to dismiss, and the above-styled action is hereby DISMISSED in its entirety.

SIGNED and ENTERED this 13th day of August, 2007.

_____
Janis Graham Jack
United States District Judge

---

[1] Defendant Roy Gonzalez was DISMISSED from this litigation on June 4, 2007 (D.E. 65). The parties' stipulation of dismissal pertains to all remaining Defendants in the case (Rachel Saenz, Rolando Padilla, Israel Esparza and Andres Martinez).